UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) ) | Docket Number:   CR 05-00194-01 CRB<br>CR 05-00503-01 CRB |
| LONNIE DAVID FOWLER | ) ) ) | |

ORDER DESIGNATING A PSYCHIATRIST

ON MOTION OF THE COURT and good cause appearing, it is hereby ordered that Debra K. Aasmundstad, Chief U. S. Probation Officer of this Court, select and designate a psychiatrist for the purpose of having this defendant examined to assist the Court in determination of sentence.

Date: Dec. 14, 2005

UNITED STATES DISTRICT JUDGE