1

# UNITED STATES DISTRICT COURT

2

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

### SAN FRANCISCO VENUE

4

5

6 UNITED STATES OF AMERICA            )
                                      )
7            vs.                      )    Docket Number:  CR 05-00194-01 CRB
                                      )                    CR 05-00503-01 CRB
8 LONNIE DAVID FOWLER                 )
                                      )
9 ————————————————————————————————————

10        **ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

11

12        ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby

13 ordered that the Judgment and Sentencing hearing originally set for the 14th day of December,

14 2005 , be continued until 15th day of February, 2006, at 2:15 p.m.

15

16

17

18

19 Date: *Dec. 14, 2005*

20                              **CHARLES R. BREYER**
                               **UNITED STATES DISTRICT JUDGE**

21

22
   CM/cm
23

24

25

26

27

28