IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>LONNIE DAVID FOWLER,<br><br>           Defendant. | No. CR 05-0503 CRB<br><br>STIPULATION AND ORDER CONTINUING DATE FOR SELF-SURRENDER |

**STIPULATION**

The Court previously ordered the defendant to surrender on May 1, 2006 to begin service of his sentence. Due to delays in the designation process, the defendant has requested a three-week continuance of his self-surrender date. The United States does not oppose the request. It is so stipulated.

DATED: \_\_\_/s/_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Lonnie David Fowler

DATED: \_\_\_/s/_____
SUSAN JERICH
Assistant United States Attorney

**ORDER**

Accordingly, the defendant's self surrender date is continued. The defendant is hereby ordered to report to the federal institution designated by the Bureau of Prisons on or before May 22, 2006. If there has been no designation made prior to the surrender date, then the defendant is to report to the U.S. Marshal's Office, Room 20006, 450 Golden Gate Avenue, San Francisco by 12:00 p.m. on May

STIP & ORDER CONTINUING DATE FOR
SELF-SURRENDER
*U.S. v. Fowler*, CR 05-0503 CRB

1  22, 2006. Except for the foregoing postponement, the Court's previous Order for Voluntary

2  Surrender, issued on March 1, 2006, remains in full force and effect.

4      IT IS SO ORDERED.

7  DATED:   May 01, 2006



CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING DATE FOR
SELF-SURRENDER
*U.S. v. Fowler*, CR 05-0503 CRB         - **2** -